IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **Ryujin Fujinomaki,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-1381 |
| | § | |
| Google Inc., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, Motorola Mobility Holdings, Inc., Motorola Mobility LLC, LG Electronics Inc, LG Electronics Mobilecomm U.S.A. Inc., LG Electronics U.S.A. Inc., Asutek Computer Inc, Asus Computer International Inc., and Huawei Technologies Co., Ltd, | § § § § § § § § § | |
| **Defendants.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendant hereby notifies the Court that **J. MARK MANN** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendant, Google Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Respectfully submitted,

**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)


By: _____*/s/ J. Mark Mann*_____
   **J. Mark Mann**
   State Bar No. 12926150
   Mark@TheMannFirm.com
   **G. Blake Thompson**
   State Bar No. 24042033
   Blake@TheMannFirm.com


**ATTORNEYS FOR GOOGLE INC.**


### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 20th day of August, 2015.

_____*/s/ J. Mark Mann*_____
**J. Mark Mann**