IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **RYUJIN FUJINOMAKI,** | § § § | |
| *Plaintiff*, | § § | **Civil Action No. 2:15-CV-1381** |
| v. | § § | |
| **GOOGLE, INC., ET AL,** | § § | **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § | |

**PLAINTIFF RYUJIN FUJINOMAKI'S NOTICE OF
APPEARANCE OF SHAWN A. LATCHFORD**

Ryujin Fujinomaki, plaintiff in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

>   Shawn A. Latchford
>   Texas State Bar No. 24066603
>   sal@emafirm.com
>   **ALBRITTON LAW FIRM**
>   P.O. Box 2649
>   Longview, Texas 75606
>   Telephone: (903) 757-8449
>   Facsimile: (903) 758-7397

>   Respectfully submitted,

>   _____
>   Eric M. Albritton
>   Texas State Bar No. 00790215
>   ema@emafirm.com
>   Shawn A. Latchford
>   Texas State Bar No. 24066603
>   sal@emafirm.com

**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Barry J. Bumgardner
Texas State Bar No. 00793424
Attorney-in-Charge
Matthew C. Juren
Texas State Bar No. 24065530
NELSON BUMGARDNER, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
(817) 377-9111
(817)377-3485 (fax)
barry@nelbum.com
matthew@nelbum.com

*Counsel for Ryujin Fujinomaki*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day of April 2016.

_____
Shawn A. Latchford