1  FISH & RICHARDSON P.C.

2  Betty H. Chen, CA Bar No. 290588
   500 Arguello Street, Suite 500
3  Redwood City, CA  94063
   Tel:  (650) 839-5070 Fax:  (650) 839-5071
4  bchen@fr.com

5  Ruffin B. Cordell, VA Bar No. 35449
   (*pro hac vice* application forthcoming)
6  1425 K Street, NW, Suite 1100
   Washington, DC 20005
7  Tel: (207) 783-5070 Fax:  (207) 783-2331
   cordell@fr.com
8
   Thad C. Kodish, GA Bar No. 427603
9  (*pro hac vice* application forthcoming)
   Ajit Dang, GA Bar. No. 352611
10 (*pro hac vice* application forthcoming)
   Ashley A. Bolt, GA Bar No. 231197
11 (*pro hac vice* application forthcoming)
   1180 Peachtree Street, 21st Floor
12 Atlanta, GA 30309
   Tel: (404) 892-5005 Fax: (404) 892-5002
13 tkodish@fr.com
   dang@fr.com
14 bolt@fr.com

15 Attorneys for Defendants Samsung
   Electronics Co., Ltd. and Samsung
16 Electronics America, Inc.

17

**UNITED STATES DISTRICT COURT**
18 **NORTHERN DISTRICT OF CALIFORNIA**
   **(SAN FRANCISCO DIVISION)**
19

20 RYUJIN FUJINOMAKI,

21                Plaintiff,

22       v.

23 GOOGLE, INC., SAMSUNG ELECTRONICS       Case No. 16-cv-03137-JSC
   CO., LTD. and SAMSUNG ELECTRONICS
24 AMERICA, INC., MOTOROLA MOBILITY         **NOTICE OF APPEARANCE**
   LLC, LG ELECTRONICS, INC., LG
25 ELECTRONICS MOBILECOMM U.S.A., INC.,
26 LG ELECTRONICS U.S.A., INC., ASUTEK
   COMPUTER, INC., ASUS COMPUTER
27 INTERNATIONAL, INC. and HUAWEI
   TECHNOLOGIES CO., LTD.,
28

Defendants.

Defendants Samsung Electronics Co., Ltd ("SEC"), Samsung Electronics America, Inc., ("SEA") and Samsung Telecommunications America, LLC ("STA") (collectively, "Samsung"), respectfully file this Notice of Appearance as Counsel and hereby notify the Court that Betty H. Chen of the law firm Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, CA 94063 is appearing as counsel for Defendants Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc.  All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 28, 2016

/s/Betty H. Chen
Betty H. Chen
CA Bar No. 290588
**FISH & RICHARDSON P.C.**
500 Arguello Street
Suite 500
Redwood City, CA  94063
Tel:  (650) 839-5070
Fax:  (650) 839-5071
bchen@fr.com

Ruffin B. Cordell
(*pro hac vice application forthcoming*)
VA Bar No. 35449
**FISH & RICHARDSON P.C.**
1425 K Street, NW, Suite 1100
Washington, DC 20005
Tel: (207) 783-5070
Fax:  (207) 783-2331
cordell@fr.com

Thad C. Kodish
(*pro hac vice application forthcoming*)
GA Bar No. 427603
Ajit Dang
(*pro hac vice application forthcoming*)
GA Bar. No. 352611
Ashley A. Bolt
(*pro hac vice application forthcoming*)
GA Bar No. 231197
**FISH & RICHARDSON P.C.**
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Tel: (404) 892-5005
Fax: (404) 892-5002
tkodish@fr.com
dang@fr.com
bolt@fr.com

**Attorneys for Defendants Samsung Electronics Co., Ltd, Samsung Electronics America, Inc.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1). Any other counsel of record will be served by U.S. Mail or hand delivery.

                                                      /s/Betty H. Chen
                                                     Betty H. Chen