1  JONATHAN K. WALDROP (SBN: 297903)
   jwaldrop@kasowitz.com
2  DARCY L. JONES (SBN: 309474)
   djones@kasowitz.com
3  MARCUS A. BARBER (SBN: 307361)
   mbarber@kasowitz.com
4  JOHN W. DOWNING (SBN: 252850)
   jdowning@kasowitz.com
5  HEATHER S. KIM (SBN:277686)
   hkim@kasowitz.com
6  JACK SHAW (SBN: 309382)
   jshaw@kasowitz.com
7  KASOWITZ, BENSON, TORRES & FRIEDMAN
   LLP
8  333 Twin Dolphin Drive, Suite 200
   Redwood Shores, California 94065
9  Tel:  (650) 453-5170
   Fax:  (650) 453-5171
10
   [Additional counsel listed in signature block]
11
   Attorneys for Defendants GOOGLE INC.,
12 SAMSUNG ELECTRONICS CO., LTD.,
   SAMSUNG ELECTRONICS AMERICA, INC.,
13 MOTOROLA MOBILITY LLC, LG
   ELECTRONICS INC., LG ELECTRONICS
14 MOBILECOMM U.S.A. INC., LG ELECTRONICS
   U.S.A. INC., ASUSTEK COMPUTER INC. AND
15 ASUS COMPUTER INTERNATIONAL INC.

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                      SAN FRANCISCO DIVISION

19 RYUJIN FUJINOMAKI,

20            Plaintiff,                    Case No. 3:16-cv-03137-JSC

21 v.                                       **NOTICE OF APPEARANCE OF**
                                            **JACK SHAW**
22 GOOGLE INC., SAMSUNG ELECTRONICS
   CO., LTD., SAMSUNG ELECTRONICS
23 AMERICA, INC., MOTOROLA MOBILITY
   LLC, LG ELECTRONICS INC., LG
24 ELECTRONICS MOBILECOMM U.S.A.
   INC., LG ELECTRONICS U.S.A. INC.,
25 ASUTEK COMPUTER INC., ASUS
   COMPUTER INTERNATIONAL INC., AND
26 HUAWEI TECHNOLOGIES CO., LTD.,

27
              Defendants.
28

NOTICE OF APPEARANCE OF                                    CASE No. 3:16-cv-03137-JSC
JACK SHAW

1    Notice is hereby given that the undersigned attorney Jack Shaw of Kasowitz, Benson,

2    Torres & Friedman LLP is entering an appearance as counsel in this matter on behalf of Defendants

3    Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

4    The undersigned has the following contact information:

5

6    Jack Shaw
     333 Twin Dolphin Drive, Suite 200

7    Redwood Shores, CA  94065
     Telephone (650) 453-5170

8    Facsimile (650) 453-5171
     Email: jshaw@kasowitz.com

9    Dated:  June 29, 2016                    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

10                                            By: /s/ Jack Shaw
                                                 JONATHAN K. WALDROP
11                                               DARCY L. JONES
                                                 MARCUS A. BARBER
12                                               JOHN W. DOWNING
                                                 HEATHER S. KIM
13                                               JACK SHAW

14                                               AARON H. MARKS (*pro hac vice pending*)
                                                 NY Bar No. 2608651
15                                               amarks@kasowitz.com
                                                 KASOWITZ, BENSON, TORRES & FRIEDMAN
16                                               LLP
                                                 1633 Broadway
17                                               New York, New York 10019
                                                 Tel:  (212) 506-1700
18                                               Fax:  (212) 506-1800

19                                               Attorneys for Defendants
                                                 GOOGLE INC., SAMSUNG ELECTRONICS
20                                               CO., LTD., SAMSUNG ELECTRONICS
                                                 AMERICA, INC., MOTOROLA MOBILITY
21                                               LLC, LG ELECTRONICS INC., LG
                                                 ELECTRONICS MOBILECOMM U.S.A. INC.,
22                                               LG ELECTRONICS U.S.A. INC., ASUSTEK
                                                 COMPUTER INC., AND ASUS COMPUTER
23                                               INTERNATIONAL INC.

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 29, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Local Rule 5-1(h)(1).

*/s/ Jack Shaw*
Jack Shaw

NOTICE OF APPEARANCE OF
JACK SHAW

- 3 -

CASE No. 3:16-cv-03137-JSC